**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ERIC LYNN BROWN,** ) | |
| ) | |
| Petitioner, ) | No. EDCV 08-1868-VAP(RCF) |
| ) | |
| v. ) | **ORDER ACCEPTING FINDINGS** |
| ) | **AND RECOMMENDATIONS OF** |
| **DERRAL G. ADAMS, Warden,** ) | **UNITED STATES MAGISTRATE JUDGE** |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Report and Recommendation of United States Magistrate Judge, as well as Petitioner's objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 15, 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE