# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ERIC LYNN BROWN, | )<br>) |
| Petitioner, | ) No. EDCV 08-1868-VAP (RCF)<br>) |
| v. | ) JUDGMENT<br>) |
| DERRAL G. ADAMS, Warden, | )<br>) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: June 15, 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE